UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENIA OROZCO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Defendant. | Case No. 20-cv-09294-SI<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. No. 28 |

Plaintiff has filed a motion for attorneys' fees, supported by documentation. The motion was unopposed by defendant.

Accordingly, IT IS HEREBY ORDERED that plaintiff's attorney Katherine Siegfried receive the following payment pursuant to 42 U.S.C. 406(b):

-$9,873 shall be paid for attorney's fees (including costs) incurred in this action. The check is to be payable to plaintiff's counsel.

-This is a full resolution of plaintiff's attorney's request for attorney's fees pursuant to 42 U.S.C. 406(b).

-Payment of the above amount will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to any attorney's fees pursuant to 42 U.S.C. 406(b) as a result of this action.

**IT IS SO ORDERED**.

Dated: January 18, 2022

_____
SUSAN ILLSTON
United States District Judge